UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

------------------------------------------------------------------X
:
MALIBU MEDIA, LLC,                                                :
:       Civil Action No. <u>1:14-cv-402</u>
Plaintiff,           :
:
vs.                  :
:
JOHN DOE subscriber assigned IP address                           :
24.209.9.89,                                                      :
:
Defendant.           :
:
------------------------------------------------------------------X

**<u>NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT</u>**

PLEASE TAKE NOTICE, pursuant to Rule 7.1, Plaintiff does not have a parent corporation nor a publically held corporation that owns more than 10% of its stock.

                                           Respectfully submitted,

                                           **YMF, INC.: The Law Office of Yousef M. Faroniya**

                                           /s/ *Yousef M. Faroniya*
                                           Yousef M Faroniya
                                           84 S. 4th St.
                                           Columbus, Ohio 43215
                                           Tel.: (614) 360-1855
                                           Fax: (614) 859-5016
                                           E-mail: yousef@ymfincorporated.com
                                           *Attorneys for Plaintiff*